IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:17-cv-01636-SEB-MG |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, in her official capacity, *et al.*, | ) | |

**UNOPPOSED MOTION TO SUBSTITUTE PARTY**

**COMES NOW** Plaintiff, by its counsel, and pursuant to Rule 25 of the Federal Rules of Civil Procedure moves this Court to substitute parties as set forth below. Specifically, the plaintiff states as follows:

1. The plaintiff initiated this case against various state defendants ("the State") on May 18, 2017. (Dkt. 1). On June 28, 2017, this Court entered a preliminary injunction against the enforcement of several statutes challenged in this litigation. (Dkt. 26). The State promptly took an appeal from the preliminary injunction and further proceedings in this case were stayed during the pendency of the State's appeal. The Seventh Circuit issued its mandate in that appeal on July 28, 2022. (Dkt. 75).

2. The plaintiff is presently identified as Planned Parenthood of Indiana and Kentucky, Inc. ("PPINK"). At the time of the initiation of this action, PPINK was a non-profit corporation with its principal place of business in Indiana. During the pendency

of the appeal, however, PPINK first became an affiliate of Planned Parenthood of the Great Northwest and the Hawaiian Islands, Inc. ("PPGNHI") and then, effective April 1, 2021, formally merged with PPGNHI. The new corporation is known as Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. ("PPGNHAIK").

3. PPGNHAIK is therefore the successor-in-interest to PPINK and should be substituted as the named plaintiff in this cause. *See, e.g.*, *Brook, Weiner, Sered, Kreger & Weinberg v. Coreq, Inc.*, 53 F.3d 851, 852 (7th Cir. 1995) ("After a series of corporate mergers and reorganizations, Coreq, Inc., succeeded to the interest of Manufacturers Hanover and was substituted as a party."); *McDonald's Restaurants of Ill., Inc. v. C.I.R.*, 688 F.2d 520, 521 n.1 (7th Cir. 1982) ("[T]he 27 subsidiaries have merged into five larger subsidiaries, whose names have been substituted in this appeal."). In another case initiated by PPINK that was pending on appeal at the time of PPINK's merger with PPGNHI, the Seventh Circuit accordingly substituted PPGNHAIK for PPINK. *See* Order, Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. v. Marion County Prosecutor, No. 20-2407, Sept. 14, 2021 (attached as Exhibit 1).

4. The substitution of PPGNHAIK for PPINK as the plaintiff in this cause does not affect the merits of this case or the briefing schedule on the parties' anticipated cross-motions for summary judgment.

5. Undersigned counsel has communicated with counsel for the State, and has been authorized to represent that the State has no objection to this Motion.

**WHEREFORE,** the plaintiff respectfully requests that PPGNHAIK be substituted for PPINK as the plaintiff in this cause, and requests all proper relief.

Gavin M. Rose
Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org

Andrew Beck, *Pro Hac Vice*
American Civil Liberties Union
New York, NY 10004
(212) 549-2641
abeck@aclu.org

Jennifer Sandman, *Pro Hac Vice*
Melissa Cohen, *Pro Hac Vice*
Planned Parenthood Federation of America
123 William St.
New York, NY 10038
(212) 261-4584
jennifer.sandman@ppfa.org
melissa.cohen@ppfa.org

*Attorneys for the plaintiff*