UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, INC, <br><br>  Plaintiff, <br><br>  v. <br><br> COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, et al., <br><br>  Defendants. | No. 1:17-cv-01636-SEB-CSW |

**INJUNCTION AND FINAL JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, judgment is entered in favor of Plaintiff and against Defendants on Plaintiff's First Amendment challenge to Indiana Code § 16-34-2-4.2(c).

IT IS ORDERED as follows:

Defendants, their employees, agents, and successors in office are hereby PERMANENTLY ENJOINED from enforcing Indiana Code § 16-34-2-4.2(c), only insofar as it would prohibit Plaintiff and its physicians from disseminating to minors information regarding legal abortion practices and abortion care providers in states other than Indiana and from providing referrals to and contacting out-of-state abortion providers on behalf of their minor patients. Defendants are hereby further ordered to inform forthwith all the affected Indiana state governmental entities of this injunction.

Date: 5/1/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Andrew Beck
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
abeck@aclu.org

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Jennifer Sandman
PLANNED PARENTHOOD FEDERATION OF AMERICA
jennifer.sandman@ppfa.org