IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, in her official capacity, *et al.*, <br><br> Defendants. | No. 1:17-cv-01636-SEB-CSW |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO PETITION FOR ATTORNEYS' FEES AND COSTS

**COMES NOW** Plaintiff, by its counsel, and respectfully requests an extension of time to petition for an award of its attorneys' fees and/or costs as set out in more detail below. Specifically, the plaintiff states as follows:

1. On May 1, 2024, this Court issued its Order on Cross Motions for Summary Judgment for Summary Judgment (Dkt. 112), in which it entered summary judgment in favor of the plaintiff on its claim the Indiana Code § 16-34-2-4.2(c) violates the First Amendment. Contemporaneously with this Order, this Court issued its Injunction and Final Judgment. (Dkt. 113). The plaintiff believes that it is therefore entitled to part or all of its attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

2. As detailed in its previous request for additional time to seek its attorneys' fees and costs (Dkt. 114), any appeal of this Court's judgment is likely to affect either the

1

plaintiff's entitlement to fees and costs or the amount of those fees and costs and, even if no appeal is taken, additional time to seek fees and costs is appropriate to afford the parties sufficient time to attempt to resolve the matter without the need for judicial intervention. Therefore, pursuant to this Court's Order of May 10, 2024 (Dkt. 115), if no appeal is taken in this case the plaintiff currently has until July 15, 2024 to petition for an award of its attorneys' fees and costs, and if an appeal is taken the plaintiff has until 60 days after the finalization of the appeal to petition for such an award.

3. On May 29, 2024, the defendants filed their Motion to Alter or Amend the Judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. (Dkt. 117). The plaintiff responded to that motion (Dkt. 118), and the time for the defendants' time to file any reply brief has expired. That motion is therefore ripe for adjudication.

4. In seeking its earlier extension of time to petition for an award of attorneys' fees and costs, the plaintiff inadvertently failed to consider the possibility that the defendants might file a motion that extends the time for appealing this Court's judgment. The same reasons that justified the initial extension of time to seek its attorneys' fees and costs also justify an extension of this deadline until after a decision on the Motion to Alter or Amend the Judgment.

5. The plaintiff is therefore seeking a second extension of time to petition for an award of its attorneys' fees and costs, to and including 60 days after a decision on the defendants' Motion to Alter or Amend the Judgment if no appeal is taken; if an appeal is taken, the plaintiff is seeking an extension to and including 60 days after the issuance of the mandate from the Seventh Circuit Court of Appeals or after the appeal is otherwise

finalized.

6.      Counsel for the plaintiff has communicated regarding this matter with counsel for the defendants, and has been authorized to represent that the defendants have no objection to this Motion.

**WHEREFORE,** the plaintiff respectfully requests an extension of time to petition for an award of its attorneys' fees and/or costs as set out in more detail above, and requests all proper relief.

>   Gavin M. Rose
>   Kenneth J. Falk
>   ACLU of Indiana
>   1031 E. Washington St
>   Indianapolis, IN 46202
>   317/635-4059
>   fax: 317/635-4105
>   kfalk@aclu-in.org
>   grose@aclu-in.org
>
>   Andrew Beck, *Pro Hac Vice*
>   American Civil Liberties Union
>   New York, NY 10004
>   (212) 549-2641
>   abeck@aclu.org
>
>   Jennifer Sandman, *Pro Hac Vice*
>   Planned Parenthood Federation of America
>   123 William St.
>   New York, NY 10038
>   (212) 261-4584
>   jennifer.sandman@ppfa.org
>
>   *Attorneys for the plaintiff*